227 So.2d 598

**Mrs. Ruby GATTE**

v.

**COAL OPERATORS CASUALTY CO.**

No. 50091.

Nov. 10, 1969.

In re: Mrs. Ruby Gatte applying for certiorari, or writ of review, to the Court of Appeal, Third Circuit, Parish of Jefferson Davis. 225 So.2d 256.

It is ordered that the writ of review issue; that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.

227 So.2d 598

**STATE of Louisiana ex rel.
Charles W. TIDWELL**

v.

**C. Murray HENDERSON, Warden Louisiana
State Penitentiary, et al.**

No. 50218.

Nov. 17, 1969.

In re: Charles W. Tidwell applying for writ of habeas corpus.

Application denied. The showing made is insufficient to entitle relator to the relief sought.